UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-80501-MARRA

CAROLINA THOMAS,

    Plaintiff,
vs.

TYCO INTERNATIONAL
MANAGEMENT COMPANY, LLC,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Scott M. Behren, P.A.'s Notice of and Motion for Charging Lien [DE 81] and Plaintiff's Motion to Strike Notice of Charging Lien [DE 84]. The Court has carefully considered the motions, responses, replies and is otherwise fully advised in the premises. Since the Court has granted summary judgment in favor of Defendant, and Plaintiff will take nothing from this action, it is hereby

**ORDERED AND ADJUDGED** that said motions [DE 81 and DE 84] are DENIED AS MOOT.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 19th day of September, 2019.

_____
KENNETH A. MARRA
United States District Judge