UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-80501-MARRA

CAROLINA THOMAS,

    Plaintiff,

vs.

TYCO INTERNATIONAL
MANAGEMENT COMPANY, LLC,

    Defendant.
_____/

## AMENDED[1] FINAL JUDGMENT

In accordance with the Court's Order and Opinion Granting Motion for Summary Judgment dated September 19, 2019 [DE 93], and pursuant to Fed. R. Civ. P. 60(a), it is hereby

**ORDERED AND ADJUDGED** that Final Judgment be and the same is hereby ENTERED in favor of Defendant Tyco International Management Company, LLC. Plaintiff shall take nothing from this action. All pending motions not otherwise ruled

---

[1] This judgment is being amended solely to correct a clerical error (the date of Order granting Motion for Summary Judgment was inadvertently left blank in the original judgment [DE 95]).

upon are denied as moot and this case is CLOSED.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 25th day of September, 2019.

                                                            _____
                                                            KENNETH A. MARRA
                                                            United States District Judge